UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED

2005 DEC -6  P 3: 03

CLERK, US DIST. COURT
E...
BY...

STACY CHANDLER )
)
)
Plaintiff, )
) CV F 05-20 AWI
vs )
) ORDER REASSIGNING CASE
)
J. E. SLADE ) **NEW CASE # CV-F**-05-20 REC
) (2255)
Defendant. )
)

IT IS HEREBY ORDERED that the above-entitled action be reassigned from the docket of Judge ISHII to the docket of Judge COYLE.

Dated: /2-6-05

ANTHONY W. ISHII
United States District Judge

**ALL FUTURE PLEADINGS SHOULD BE NUMBERED AS FOLLOWS:**

**CV-F-05-20 REC**